John A. McGuinn, Esq. (State Bar No. 036047)
Jeannette A. Vaccaro, Esq. (State Bar No. 287129)
McGUINN, HILLSMAN & PALEFSKY
535 Pacific Avenue
San Francisco, CA  94133
Telephone:    415/421-9292
Facsimile:     415/403-0202

Attorneys for Plaintiff
CHERYL BELLONI

Peter O. Glaessner, Esq. (State Bar No. 93830)
Maria M. Lampasona, Esq. (State Bar No. 259675)
LOMBARDI, LOPER & CONANT, LLP
Lake Merritt Plaza
1999 Harrison Street, Suite 2600
Oakland, CA 94612-3541

Attorneys for Defendant
THE ROMAN CATHOLIC
ARCHBISHOP OF SAN FRANCISCO, A
CORPORATION SOLE
(sued herein as Archdiocese of San Francisco)

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| CHERYL BELLONI,<br><br>    Plaintiff,<br><br>v.<br><br>ARCHDIOCESE OF SAN FRANCISCO,<br>a California Corporation<br><br>    Defendant. | Case No. C 13-03509 KAW<br><br>**STIPULATION AND [PROPOSED]　ORDER CONTINUING ADR DEADLINES AND THE CASE MANAGEMENT CONFERENCE** |

STIPULATION AND [PROPOSED] ORDER CONTINUING ADR DEADLINES AND THE CASE
MANAGEMENT CONFERENCE                                                                                                                   1

Plaintiff, Cheryl Belloni ("Plaintiff") and Defendant, The Roman Catholic Archbishop of San Francisco, a Corporation Sole (sued herein as "Archdiocese of San Francisco") ("Defendant") (collectively "the parties"), by and through their respective attorneys of record, hereby stipulate to the following:

1. Plaintiff's counsel John A. McGuinn and Jeannette A. Vaccaro will be in trial in San Francisco Superior Court before the Hon. Anne Bouliane in the case of *Celine Curran v. Schools of the Sacred Heart, San Francisco*, Case No. CGC-11-514954 on October 29, 2013, which is the date the initial Case Management Conference is presently scheduled to be held in this matter.

2. The parties request that the initial Case Management Conference be continued to Tuesday, November 19, 2013 at 1:30 p.m.

3. The parties also request that the following deadlines be continued:

   a. The deadline to file the ADR Certification and either the Stipulation to ADR Process or Notice of Need for ADR Phone Conference is continued to November 5, 2013, and

   b. The deadline to file the Joint Case Management Conference Statement is continued to Tuesday, November 9, 2013.

DATED: September 24, 2013     LOMBARDI, LOPER & CONANT, LLP
                              Attorneys for Defendant THE ROMAN
                              CATHOLIC ARCHBISHOP OF SAN FRANCISCO, A
                              CORPORATION SOLE (sued herein as Archdiocese of
                              San Francisco

                              By: _____
                                   MARIA M. LAMPASONA

STIPULATION AND [PROPOSED] ORDER CONTINUING ADR DEADLINES AND THE CASE
MANAGEMENT CONFERENCE                                                         2

| | |
|---|---|
| DATED: September 24, 2013 | McGUINN, HILLSMAN & PALEFSKY<br>Attorneys for Plaintiff CHERYL BELLONI |

By: _____
      JOHN A. McGUINN

<u>ORDER</u>

Pursuant to the stipulation of the parties and good cause being shown, IT IS HEREBY ORDERED THAT the parties deadline to file the ADR Certification and either the Stipulation to ADR Process or Notice of Need for ADR Phone Conference is continued to November 5, 2013.

IT IS FURTHER ORDERED that the parties' deadline to file the Joint Case Management Conference Statement is continued to Tuesday, November 9, 2013.

IT IS FURTHER ORDERED that the Initial Case Management Conference is continued from Tuesday, October 29, 2013 to Tuesday, November 19, 2013 at 1:30 p.m. in Courtroom 4, 3rd floor.

Dated: 9/27, 2013          _____
                            MAGISTRATE JUDGE KANDIS A. WESTMORE
                            UNITED STATES DISTRICT COURT
                            NORTHERN DISTRICT OF CALIFORNIA

STIPULATION AND [PROPOSED] ORDER CONTINUING ADR DEADLINES AND THE CASE MANAGEMENT CONFERENCE                                          3