1

2   John A. McGuinn, Esq. (State Bar No. 036047)
   Jeannette A. Vaccaro, Esq. (State Bar No. 287129)

3   McGUINN, HILLSMAN & PALEFSKY
   535 Pacific Avenue

4   San Francisco, CA  94133
   Telephone:   415/421-9292

5   Facsimile:   415/403-0202

6   Attorneys for Plaintiff
   CHERYL BELLONI

7

8   Peter O. Glaessner, Esq. (State Bar No. 93830)
   Maria M. Lampasona, Esq. (State Bar No. 259675)

9   LOMBARDI, LOPER & CONANT, LLP
   Lake Merritt Plaza

10   1999 Harrison Street, Suite 2600
   Oakland, CA 94612-3541

11

12   Attorneys for Defendant
   THE ROMAN CATHOLIC

13   ARCHBISHOP OF SAN FRANCISCO, A
   CORPORATION SOLE

14   (sued herein as Archdiocese of San Francisco)

15                UNITED STATES DISTRICT COURT

16           NORTHERN DISTRICT OF CALIFORNIA

17                  OAKLAND DIVISION

18

19   CHERYL BELLONI,          |  Case No. C 13-03509 KAW

20         Plaintiff,        |  **STIPULATION AND [PROPOSED]**

21         v.           |  **ORDER CONTINUING ADR**
                          |  **DEADLINES AND THE CASE**

22   ARCHDIOCESE OF SAN FRANCISCO, |  **MANAGEMENT CONFERENCE**
   a California Corporation

23

24         Defendant.

25

26

27

28

STIPULATION AND [PROPOSED] ORDER CONTINUING ADR DEADLINES AND THE CASE
MANAGEMENT CONFERENCE                                            1

Plaintiff, Cheryl Belloni ("Plaintiff") and Defendant, The Roman Catholic Archbishop of San Francisco, a Corporation Sole (sued herein as "Archdiocese of San Francisco") ("Defendant") (collectively "the parties"), by and through their respective attorneys of record, hereby stipulate to the following:

1.    Plaintiff's counsel John A. McGuinn and Jeannette A. Vaccaro will be in trial in San Francisco Superior Court before the Hon. Anne Bouliane in the case of *Celine Curran v. Schools of the Sacred Heart, San Francisco*, Case No. CGC-11-514954 on October 29, 2013, which is the date the initial Case Management Conference is presently scheduled to be held in this matter.

2.    The parties request that the initial Case Management Conference be continued to Tuesday, November 19, 2013 at 1:30 p.m.

3.    The parties also request that the following deadlines be continued:

a.    The deadline to file the ADR Certification and either the Stipulation to ADR Process or Notice of Need for ADR Phone Conference is continued to November 5, 2013, and

b.    The deadline to file the Joint Case Management Conference Statement is continued to Tuesday, November 9, 2013.

DATED:  September 24, 2013    LOMBARDI, LOPER & CONANT, LLP
                              Attorneys for Defendant THE ROMAN
                              CATHOLIC ARCHBISHOP OF SAN FRANCISCO, A
                              CORPORATION SOLE (sued herein as Archdiocese of
                              San Francisco

                              By: _____
                                    MARIA M. LAMPASONA

---

STIPULATION AND [PROPOSED] ORDER CONTINUING ADR DEADLINES AND THE CASE
MANAGEMENT CONFERENCE                                                        2

DATED: September 24, 2013     McGUINN, HILLSMAN & PALEFSKY
                              Attorneys for Plaintiff CHERYL BELLONI

By: _____
        JOHN A. McGUINN

### ORDER

Pursuant to the stipulation of the parties and good cause being shown, IT IS HEREBY

ORDERED THAT the parties deadline to file the ADR Certification and either the Stipulation to

ADR Process or Notice of Need for ADR Phone Conference is continued to November 5, 2013.

IT IS FURTHER ORDERED that the parties' deadline to file the Joint Case Management

Conference Statement is continued to Tuesday, November 9, 2013.

IT IS FURTHER ORDERED that the Initial Case Management Conference is continued

from Tuesday, October 29, 2013 to Tuesday, November 19, 2013 at 1:30 p.m. in Courtroom 4,

3rd floor.

Dated: ____9/27____, 2013     _____
                              MAGISTRATE JUDGE KANDIS A. WESTMORE
                              UNITED STATES DISTRICT COURT
                              NORTHERN DISTRICT OF CALIFORNIA

STIPULATION AND [PROPOSED] ORDER CONTINUING ADR DEADLINES AND THE CASE
MANAGEMENT CONFERENCE                                                    3