1  PETER O. GLAESSNER, State Bar No. 93830
   pog@llcllp.com
2  LOMBARDI, LOPER & CONANT, LLP
   Lake Merritt Plaza
3  1999 Harrison Street, Suite 2600
   Oakland, CA  94612-3541
4  Telephone:      (510) 433-2600
   Facsimile:      (510) 433-2699
5
   Attorneys for Defendant, THE ROMAN CATHOLIC
6  ARCHBISHOP OF SAN FRANCISCO, A Corporation Sole
   (sued erroneously herein as ARCHDIOCESE OF SAN
7  FRANCISCO, a California corporation)

8                       UNITED STATES DISTRICT COURT

9                    NORTHERN DISTRICT OF CALIFORNIA

10                            OAKLAND DIVISION

11  CHERYL BELLONI,                       Case No. 4:13-cv-03509 KAW

12               Plaintiff,               **NOTICE OF SUBSTITUTION OF**
                                          **ATTORNEY**
13
        v.
14
    ARCHDIOCESE OF SAN FRANCISCO,
15  a California corporation,

16               Defendants.

17

18

19      Notice is hereby given that, effective January 6, 2014, subject to approval by the court,

20  The Roman Catholic Archbishop of San Francisco, A Corporation Sole, substitutes Peter O.

21  Glaessner, State Bar No. 93830 of Allen, Glaessner & Werth, LLP, 180 Montgomery Street, Suite

22  1200, San Francisco, California 94104, telephone: (415) 697-2000 as counsel of record in place

23  of Peter O. Glaessner and the law firm of Lombardi, Loper & Conant, LLP.

24      I consent to the above substitution.

25      Dated:  January 6, 2014            */s/ Lawrence A. Jannuzzi*
                                           Lawrence A. Jannuzzi for The Roman
26                                         Catholic Archbishop of San Francisco

27  / / /

28  / / /

LOMBARDI, LOPER & CONANT, LLP
Lake Merritt Plaza
1999 Harrison Street, Suite 2600
Oakland, CA  94612-3541

05204-42747EM POG 651102.1                    1                 NOTICE OF SUBSTITUTION OF
                                                                           ATTORNEY
                                                                CASE NO. 4:13-CV-03509 KAW

1   I consent to be substituted.

2   Dated:  December 23, 2013          */s/ Peter O. Glaessner*
                                       Peter O. Glaessner
3

4   I consent to the above substitution.

5   Dated:  December 23, 2013          */s/ Peter O. Glaessner*
                                       Peter O. Glaessner
6

7
    The substitution of attorney is hereby approved and so ORDERED.
8
    Dated:  1/21/14                    _____
9                                      The Honorable Kandis A. Westmore

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

LOMBARDI, LOPER & CONANT, LLP
Lake Merritt Plaza
1999 Harrison Street, Suite 2600
Oakland, CA  94612-3541

05204-42747EM POG 651102.1          2          NOTICE OF SUBSTITUTION OF
                                                ATTORNEY
                                                CASE NO. 4:13-CV-03509 KAW