JOHN A. McGUINN, State Bar No. 36047
jamcguinn@mhpsf.com
JEANNETTE A. VACCARO, State Bar No. 287129
jvaccaro@mhpsf.com
MCGUINN, HILLSMAN & PALEFSKY
535 Pacific Avenue
San Francisco, CA  94133
Telephone:      (415) 421-9292
Facsimile:       (415) 403-0202

Attorneys for Plaintiff
CHERYL BELLONI

PETER O. GLAESSNER, State Bar No. 93830
pglaessner@aghwlaw.com
LORI A. SEBRANSKY, State Bar No. 125211
lsebransky@aghwlaw.com
ALLEN, GLAESSNER, HAZELWOOD & WERTH, LLP
180 Montgomery Street, Suite 1200
San Francisco, CA  94104
Telephone:      (415) 697-2000
Facsimile:       (415) 813-2045

Attorneys for Defendant
THE ROMAN CATHOLIC ARCHBISHOP OF SAN FRANCISCO, a Corporation Sole (sued erroneously herein as ARCHDIOCESE OF SAN FRANCISCO, a California corporation)

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| CHERYL BELLONI, <br><br>                    Plaintiff, <br><br>          v. <br><br> ARCHDIOCESE OF SAN FRANCISCO, a California corporation, <br><br>                    Defendants. | Case No. 4:13-CV-03509 KAW <br><br> **STIPULATION AND [~~PROPOSED~~] ORDER MODIFYING CASE MANAGEMENT AND PRE-TRIAL ORDER FOR JURY TRIAL** <br><br> Trial:     April 6, 2015 |

It is hereby stipulated by and between plaintiff, CHERYL BELLONI and defendant THE ROMAN CATHOLIC ARCHBISHOP OF SAN FRANCISCO, A CORPORATION SOLE, through their respective counsel of record, that the current Amended Case Management and Pre-Trial Order (filed June 11, 2014), be amended as follows.  The modified dates are noted in bold:

2.  **DISCOVERY AND EXPERT DISCLOSURES**

   a. All non-expert discovery shall be completed by **October 30, 2014**.

   b. Experts shall be disclosed and reports provided by **January 30, 2015**.

   c. Rebuttal experts shall be disclosed and reports provided by **February 13, 2015**.

   d. All discovery from experts shall be completed by **February 27, 2015**.

3.  **PRE-TRIAL MOTIONS**

   a. The last day for hearing dispositive motions shall be **December 18, 2014**.

All other provisions of the Amended Case Management and Pre-Trial Order remain the same.

In addition to these modifications, the parties have agreed to a briefing schedule for defendant's motion for summary judgment or partial summary judgment, as follows:

   a. The motion will be filed by October 30, 2014.

   b. The Opposition will be filed by November 21, 2014.

   c. The reply will be filed by December 5, 2014.

Respectfully submitted,

Dated:  October 6, 2014        MCGUINN, HILLSMAN & PALEFSKY

By:  */s/ John A. McGuinn*
JOHN A. McGUINN
Attorneys for Plaintiff, CHERYL BELLONI

/ / /

/ / /

/ / /

25417.1

| | |
|---|---|
| Dated: October 6, 2014 | ALLEN, GLAESSNER, HAZELWOOD & WERTH, LLP |
| | By: */s/ Peter O. Glaessner*<br>PETER O. GLAESSNER<br>Attorneys for Defendant, THE ROMAN CATHOLIC ARCHBISHOP OF SAN FRANCISCO, a Corporation Sole (sued erroneously herein as ARCHDIOCESE OF SAN FRANCISCO, a California corporation) |

The parties' stipulation is adopted and IT IS SO ORDERED.

Dated: 10/9/14

*Kandis Westmore*
Kandis A. Westmore
United States Magistrate Judge

STIPULATION AND [PROPOSED] ORDER MODIFYING CASE MANAGEMENT ORDER
4:13-CV-03509 KAW

ALLEN. GLAESSNER, HAZELWOOD & WERTH, LLP
180 Montgomery Street, Suite 1200
San Francisco, California 94104

25417.1