John A. McGuinn, Esq. (State Bar No. 036047)
Jeannette A. Vaccaro, Esq. (State Bar No. 287129)
McGUINN, HILLSMAN & PALEFSKY
535 Pacific Avenue
San Francisco, CA  94133
Telephone:     (415) 421-9292
Facsimile:      (415) 403-0202

Attorneys for Plaintiff
CHERYL BELLONI

Peter O. Glaessner, Esq. (State Bar No. 93830)
ALLEN GLAESSNER HAZELWOOD & WERTH
180 Montgomery, Suite 1200
San Francisco, CA 94104
Telephone:     (415) 697-2000

Attorneys for Defendant
THE ROMAN CATHOLIC
ARCHBISHOP OF SAN FRANCISCO, A
CORPORATION SOLE (sued herein as
ARCHDIOCESE OF SAN FRANCISCO,
a California Corporation)

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| CHERYL BELLONI,<br><br>              Plaintiff,<br><br>    v.<br><br>ARCHDIOCESE OF SAN FRANCISCO,<br> a California Corporation<br><br>              Defendant. | Case No. C 13-03509 KAW<br><br>**STIPULATION AND [PROPOSED]<br>ORDER FOR LEAVE TO EXCEED<br>OTHERWISE APPLICABLE PAGE<br>LIMITATIONS** |

WHEREAS, Plaintiff, Cheryl Belloni ("Plaintiff") and Defendant, The Roman Catholic Archbishop of San Francisco, a Corporation Sole ("Defendant") (collectively "the parties"), have met and conferred and agreed that Plaintiff's Opposition to Defendant's Motion for Partial Summary Judgment may exceed the applicable page limit of twenty-five (25) pages.  The additional pages are necessary to fully set forth Plaintiff's factual evidence and legal authority, as well as, to address Defendant's factual accounts and legal authority.

THEREFORE IT IS HEREBY STIPULATED that:

Plaintiff shall have up to thirty-five (35) pages for her Memorandum of Points and Authorities in Opposition to Defendant's Motion for Partial Summary Judgment.


DATED:  November 19, 2014          ALLEN GLAESSNER HAZELWOOD & WERTH
                                   Attorneys for Defendant THE ROMAN
                                   CATHOLIC ARCHBISHOP OF SAN FRANCISCO, A
                                   CORPORATION SOLE


By:                                      /s/ Peter O. Glaessner
                                        PETER GLAESSNER



DATED:  November 19, 2014          McGUINN, HILLSMAN & PALEFSKY
                                   Attorneys for Plaintiff CHERYL BELLONI


By:                                      /s/ Jeannette A. Vaccaro
                                        JEANNETTE A. VACCARO

ORDER

PURSUANT TO STIPULATION, Plaintiff can have five (5) additional pages for the Opposition to the Motion for Partial Summary Judgment.

Dated: 11/20/14

_____
MAGISTRATE JUDGE KANDIS A. WESTMORE
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**SIGNATURE ATTESTATION**

I am the ECF User whose identification and password are being used to file the foregoing Stipulation And [Proposed] Order For Leave to Exceed Otherwise Applicable Page Limitations. In compliance with General Order 45.X.B., I hereby attest that the other signatories have concurred in this filing.


Dated:   November 19, 2014                By:      /s/ John A. McGuinn
                                                   JOHN A. McGUINN
                                        Attorneys for Plaintiff CHERYL BELLONI