John A. McGuinn, Esq. (State Bar No. 036047)
Jeannette A. Vaccaro, Esq. (State Bar No. 287129)
McGUINN, HILLSMAN & PALEFSKY
535 Pacific Avenue
San Francisco, CA  94133
Telephone:     415/421-9292
Facsimile:      415/403-0202

Attorneys for Plaintiff
CHERYL BELLONI

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| CHERYL BELLONI,<br><br>                    Plaintiff,<br><br>          v.<br><br>THE ROMAN CATHOLIC ARCHBISHOP OF SAN FRANCISO, A CORPORATION SOLE (sued erroneously herein as Archdiocese of San Francisco, a California Corporation),<br><br>                    Defendant. | Case No. C 13-03509 KAW<br><br>**NOTICE OF RESOLUTION**<br><br>Judge: Hon. Kandis A. Westmore<br>Complaint Filed: July 30, 2013<br>Pretrial Conf: March 24, 2015<br>Trial Date: April 6, 2015 |

Plaintiff Cheryl Belloni hereby submits this Notice of Resolution to notify the Court that the lawsuit has been resolved, and to request 35 days in which to file the dismissal.

DATED:  March 9, 2015         McGUINN, HILLSMAN & PALEFSKY
                              Attorneys for Plaintiff CHERYL BELLONI

                              By:     /s/ Jeannette A. Vaccaro
                                      JEANNETTE A. VACCARO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| CHERYL BELLONI,<br><br>        Plaintiff,<br><br>    v.<br><br>THE ROMAN CATHOLIC ARCHBISHOP OF SAN FRANCISO, A CORPORATION SOLE (sued erroneously herein as Archdiocese of San Francisco, a California Corporation),<br><br>        Defendant. | Case No. C 13-03509 KAW<br><br>[~~PROPOSED~~] ORDER TO FILE DISMISSAL<br><br>Judge: Hon. Kandis A. Westmore<br>Complaint Filed: July 30, 2013<br>Pretrial Conf: March 24, 2015<br>Trial Date: April 6, 2015 |

On March 9, 2015, Plaintiff Cheryl Belloni notified the Court that the parties to this case have resolved this action. Accordingly, all deadlines and hearings in this case are vacated. By April 13, 2015 Plaintiff shall file a notice of dismissal or a one-page statement explaining the failure to comply with this order.

The Court also hereby sets a case management conference on April 21, 2015, which will be vacated automatically if the dismissal is timely filed.

IT IS SO ORDERED.

DATED: 3/9/15

                                                      */s/ Kandis Westmore*
                                                      Hon. Kandis A. Westmore
                                                      US Magistrate Judge