John A. McGuinn, Esq. (State Bar No. 036047)
Jeannette A. Vaccaro, Esq. (State Bar No. 287129)
McGUINN, HILLSMAN & PALEFSKY
535 Pacific Avenue
San Francisco, CA 94133
Telephone: (415) 421-9292
Facsimile: (415) 403-0202

Attorneys for Plaintiff
CHERYL BELLONI

Peter O. Glaessner, Esq. (State Bar No. 93830)
ALLEN GLAESSNER HAZELWOOD & WERTH
180 Montgomery, Suite 1200
San Francisco, CA 94104
Telephone: (415) 697-2000

Attorneys for Defendant
THE ROMAN CATHOLIC ARCHBISHOP OF SAN FRANCISCO, A CORPORATION SOLE (sued herein as ARCHDIOCESE OF SAN FRANCISCO, a California Corporation)

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| CHERYL BELLONI,<br><br>Plaintiff,<br><br>v.<br><br>ARCHDIOCESE OF SAN FRANCISCO, a California Corporation<br><br>Defendant. | Case No. C 13-03509 KAW<br><br>**STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL WITH PREJUDICE** |

IT IS HEREBY STIPULATED by and between parties to this action through their designated counsel that the above-captioned action be, and hereby is, dismissed with prejudice pursuant to Fed.R.Civ.P. 41(a).

DATED: April 2, 2015

ALLEN GLAESSNER HAZELWOOD & WERTH
Attorneys for Defendant THE ROMAN CATHOLIC ARCHBISHOP OF SAN FRANCISCO, A CORPORATION SOLE

By: /s/ Peter O. Glaessner
PETER O. GLAESSNER

DATED: April 2, 2015

McGUINN, HILLSMAN & PALEFSKY
Attorneys for Plaintiff CHERYL BELLONI

By: /s/ John A. McGuinn
JOHN A. MCGUINN

[PROPOSED] ORDER

The above-captioned action is dismissed with prejudice pursuant to Fed.R.Civ.P. 41(a).

IT IS SO ORDERED.

Dated: __4/6_____, 2015      _____
                                   MAGISTRATE JUDGE KANDIS A. WESTMORE
                                   UNITED STATES DISTRICT COURT
                                   NORTHERN DISTRICT OF CALIFORNIA